COPY

CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
OLEG CROSS (SB# 246680)
olegcross@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90074-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant VeriSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITSHYN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>Defendants. | Civil Action No. C 07 3332 RMW HRL<br><br>State Case No. 1-07-CV-085890<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

Case No. _____

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, Edward Han, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action. My business address is 55 Second Street, 24th Floor, which is located in the city of San Francisco, California, where the mailing described below took place.

2. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

3. On June 25, 2007, I deposited in the United States Mail at San Francisco, California, a copy of this Notice to Adverse Party of Removal to Federal Court dated June 25, 2007, a copy of which is attached to this Certificate and placed in a sealed envelope, postage fully paid, addressed as follows:

> Patrice L. Bishop, Esq.
> STULL, STULL & BRODY
> 10940 Wilshire Blvd., Suite 2300
> Los Angeles, CA  90024
>
> Jules Brody
> Aaron L. Brody
> STULL, STULL & BRODY
> 6 East 45th Street
> New York, NY 10017
>
> Joseph H. Weiss
> WEISS & LURIE
> 551 Fifth Avenue
> Suite 1600
> New York, NY 10176

4. Following ordinary practices, the envelope was placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 25, 2007, at San Francisco, California.

By: _____
EDWARD HAN

LEGAL_US_W # 56523571.1

Case No. _____

-1-   CERTIFICATE OF SERVICE