ORIGINAL

1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA 92130
   Telephone: (858) 720-2500
5  Facsimile: (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA 90074-2228
   Telephone: (213) 683-6000
9  Facsimile: (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA 94105
   Telephone: (415) 856-7000
13 Facsimile: (415) 856-7100

14 *Attorneys for Defendant VeriSign, Inc.*

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18 

19 THOMAS MYKITSHYN, Individually    Civil Action No. C 07 3332
   and On Behalf of All Others Similarly       RMW HRL
20 Situated,

                                      State Case No. 1-07-CV-085890
21            Plaintiff,
                                      CLASS ACTION
22       vs.
                                      **NOTICE OF RELATED CASE**
23 D. JAMES BIDZOS, WILLIAM L.
   CHENEVICH, DAVID J. COWAN,
24 MICHELLE GUTHRIE, SCOTT G.
   KRIENS, LEN J. LAUER, ROGER H.
25 MOORE, EDWARD A. MUELLER,
   GREGORY L. REYES, WILLIAM A.
26 ROPER, JR., STRATTON D. SCLAVOS,
   LOUIS A. SIMPSON, VERISIGN, INC.,
27
              Defendants.
28

Case No. 1-07-CV-085890                            NOTICE OF RELATED CASE

Defendant VeriSign, Inc. ("VeriSign"), by its counsel, hereby states that this class action is related to *Port Authority of Allegheny County v. Bidzos et al.*, C-06-04902 RMW (PJH) and *Parnes v. Bidzos et al.*, C-06-04165 PJH, consolidated on October 6, 2006 under the caption *In re VeriSign, Inc. Derivative Litigation*, C-06-4165-PJH ("related action"), and assigned to Judge Phyllis J. Hamilton. VeriSign further states that this class action arises out of substantially the same events or transactions as the related action, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

DATED: June 25, 2007

EDWARD HAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    EDWARD HAN

THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90074-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

CHRISTOPHER H. McGRATH
OLEG CROSS
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

*Attorneys for Defendant VeriSign, Inc.*

LEGAL_US_W # 56517746.1