UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MYKITYSHYN, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>    Defendants. | CASE NO. 07-CV-3332 PJH<br><br>**CLASS ACTION**<br><br>**[Proposed] ORDER REMANDING ACTION PURSUANT TO 28 U.S.C. § 1447 FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>DATE:    August 29, 2007<br>TIME:    9:00 a.m.<br>JUDGE:    Hon. Phyllis J. Hamilton<br>CTRM:    3, 17th Floor |

1  This Court, having considered the motion of plaintiff Thomas Mykityshyn for an Order
2  remanding this action pursuant to 28 U.S.C. § 1447 for lack of subject jurisdiction, hereby
3  GRANTS plaintiff's motion.  This action is hereby REMANDED to the Superior Court of
4  California for the County of Santa Clara.

7  DATED:_____

   HONORABLE PHYLLIS J. HAMILTON
8  UNITED STATES DISTRICT COURT JUDGE

10 Submitted By:

11   Patrice L. Bishop
     STULL, STULL & BRODY
12   10940 Wilshire Boulevard
     Suite 2300
13   Los Angeles, CA  90024
     Tel:    (310) 209-2468
14   Fax:    (310) 209-2087

15   Jules Brody
     Aaron L. Brody
16   STULL, STULL & BRODY
     6 East 45th Street
17   New York, NY 10017
     Tel:    (212) 687-7230
18   Fax:    (212) 490-2022

19   Joseph H. Weiss
     WEISS & LURIE
20   551 Fifth Avenue
     Suite 1600
21   New York, NY 10176
     Tel:    (212) 682-3025
22   Fax:    (212) 682-3010

23   Counsel for Plaintiff

1

**[Proposed] ORDER REMANDING ACTION PURSUANT TO 28 U.S.C. § 1447 FOR LACK OF SUBJECT MATTER JURISDICTION**
**CASE NO. 07-CV-3332 PJH**
W:\STULL\VERISIGN3\PLD\Mykityshyn Remand Order.wpd

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        )ss.:
COUNTY OF LOS ANGELES   )

    I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

    On July 25, 2007, I served the document(s) described as **[Proposed] ORDER REMANDING ACTION PURSUANT TO 28 U.S.C. § 1447 FOR LACK OF SUBJECT MATTER JURISDICTION** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jules Brody | Joseph H. Weiss |
| Aaron L. Brody | WEISS & LURIE |
| STULL, STULL & BRODY | 551 Fifth Avenue |
| 6 East 45th Street | Suite 1600 |
| New York, NY 10017 | New York, NY 10176 |
| Tel:   (212) 687-7230 | Tel:   (212) 682-3025 |
| Fax:   (212) 490-2022 | Fax:   (212) 682-3010 |
| | |
| Counsel for Plaintiff | Counsel for Plaintiff |

I served the above document(s) as follows:

<u>xx</u>    BY MAIL.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on July 25, 2007, at Los Angeles, California 90024.

| | |
|---|---|
| <u>MELANIE JACOBS</u> | <u>   /s/   </u> |
| Type or Print Name | Signature |