1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Defendant VeriSign, Inc.*

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly 20  Situated, | CASE NO. C 07-03332 PJH <br><br> CLASS ACTION |
| 21               Plaintiff, <br> 22       vs. | **DEFENDANT VERISIGN, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 23  D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, 24  MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. 25  MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. 26  ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., <br> 27               Defendants. <br> 28 | Ctrm:    3, 17th Floor <br> Judge:   Hon. Phyllis J. Hamilton |

Case No. C 07-03332 PJH                               ADMINISTRATIVE MOTION TO CONSIDER
                                                     WHETHER CASES SHOULD BE RELATED

1  Pursuant to Northern District Local Rules 3-12 and 7-11, Defendant VeriSign, Inc.
2  ("VeriSign"), respectfully submits the following Administrative Motion to Consider Whether
3  Cases Should Be Related.
4  As stated in the Notice of Related Cases filed on July 19, 2007, this action is related both
5  to the case captioned *In re VeriSign, Inc. Derivative Litigation*, C-06-4165-PJH and the case
6  captioned *Pace v. Bidzos, et al.*, 07-CV-03742-RMW, which is currently assigned to the
7  Honorable Ronald M. Whyte ("Pace Action").  All three cases arise out of substantially the same
8  events or transactions, and it appears likely that there will be an unduly burdensome duplication
9  of labor and expense or conflicting results if the cases are conducted before different Judges.  In
10 fact, the allegations in the Pace Action are virtually identical to the allegations in this matter.
11 Therefore, the Pace Action should be considered related to the above-captioned action as well as
12 the action entitled *In re VeriSign, Inc. Derivative Litigation*.

DATED:  August 2, 2007

CHRISTOPHER H. McGRATH
OLEG CROSS
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:   /s/Christopher H. McGrath
           CHRISTOPHER H. McGRATH

3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Facsimile:  (858) 720-2555

THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Defendant VeriSign, Inc.*

LEGAL_US_W # 56781613.1

Case No. C 07-03332 PJH                    -1-           ADMINISTRATIVE MOTION TO CONSIDER
                                                         WHETHER CASES SHOULD BE RELATED