| | |
|---|---|
| 1 | CHRISTOPHER H. McGRATH (SB# 149129) |
|   | chrismcgrath@paulhastings.com |
| 2 | OLEG CROSS (SB# 246680) |
|   | olegcross@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 3579 Valley Centre Drive |
| 4 | San Diego, CA 92130 |
|   | Telephone: (858) 720-2500 |
| 5 | Facsimile: (858) 720-2555 |
| 6 | THOMAS A. ZACCARO (SB# 183241) |
|   | thomaszaccaro@paulhastings.com |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 515 South Flower Street, Twenty-Fifth Floor |
| 8 | Los Angeles, CA 90074-2228 |
|   | Telephone: (213) 683-6000 |
| 9 | Facsimile: (213) 627-0705 |
| 10 | EDWARD HAN (SB# 196924) |
|   | edwardhan@paulhastings.com |
| 11 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street, 24th Floor |
| 12 | San Francisco, CA 94105 |
|   | Telephone: (415) 856-7000 |
| 13 | Facsimile: (415) 856-7100 |
| 14 | *Attorneys for Defendant VeriSign, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated, | CASE NO. C 07-03332 PJH |
| 20 | | CLASS ACTION |
| 21 | Plaintiff, | **DECLARATION OF EDWARD HAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 22 | vs. | |
| 23 | D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, | |
| 24 | MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. | Ctrm:  3, 17th Floor |
|   | | Judge:  Hon. Phyllis J. Hamilton |
| 25 | MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. | |
| 26 | ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., | |
| 27 | Defendants. | |

Case No. C 07-03332 PJH

DECLARATION OF E. HAN ISO
ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

1  I, Edward Han, hereby declare as follows:

2  1. I am an attorney at law, licensed to practice before this Court and all courts of the State of California. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for VeriSign, Inc. ("VeriSign"), Defendant in the above-captioned matter. I make this declaration in support of Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate" or "Motion").

3. 2. On the morning of August 2, 2007, I left a voicemail message for Patrice L. Bishop, Esq. of Stull, Stull & Brody, counsel for the plaintiff, regarding this Motion to Relate. In that voicemail, I informed Ms. Bishop that VeriSign would be filing the Motion to Relate shortly.

3. A motion to remand is currently scheduled for August 31, 2007 in the case captioned *Pace v. Bidzos, et al.*, 07-CV-03742-RMW. Based on that hearing date, VeriSign's opposition papers would be due by August 10, 2007. In the interest of time and to further the efficient presentation of the actions, VeriSign is submitting this Motion now without obtaining a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have executed this Declaration on the 2nd day of August, 2007 at San Francisco, California.

By: _____
EDWARD HAN

LEGAL_US_W # 56784818.1

Case No. C 07-03332 PJH    -1-    DECLARATION OF E. HAN ISO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED