UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>　　　　　　　Defendants. | CASE NO. C 07-03332 PJH<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION**<br><br>Ctrm:　　3, 17th Floor<br>Judge:　Hon. Phyllis J. Hamilton |

Case No. C 07-03332 PJH                                           [PROPOSED] ORDER GRANTING
                                                                                    ADMINISTRATIVE MOTION

1  After having fully considered the papers filed in relation to Defendant VeriSign, Inc.'s Administrative Motion to Consider Whether Cases Should Be Related, IT IS HEREBY ORDERED THAT the Administrative Motion is granted.  The case captioned *Pace v. Bidzos*, *et al.*, 07-CV-03742-RMW ("Pace Action"), assigned to Honorable Ronald M. Whyte, arises out of substantially the same events or transactions as the above-captioned action, and is related to the above-captioned case.  The Pace Action shall be reassigned to me.

IT IS SO ORDERED.

DATED: _____     _____
                                 THE HONORABLE PHYLLIS J. HAMILTON
                                 UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 56784923.1

Case No. C 07-03332 PJH                    -1-                    [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION