1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Defendant VeriSign, Inc.*

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly 20  Situated, | CASE NO. C 07-03332 PJH <br><br> CLASS ACTION |
| 21            Plaintiff, | **PROOF OF SERVICE** |
| 22       vs. | |
| 23  D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, 24  MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. 25  MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. 26  ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., 27           Defendants. 28 | Ctrm:    3, 17th Floor <br> Judge:    Hon. Phyllis J. Hamilton |

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On August 2, 2007, I served:

**DEFENDANT VERISIGN, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

**DECLARATION OF EDWARD HAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION.**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail **only as to the parties identified with an asterisk (\*)**, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

Case No. C 07-03332 PJH    -1-    PROOF OF SERVICE

1 [X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on August 2, 2007.

*/s/ Veronica Rivera*
VERONICA RIVERA

Case No. C 07-03332 PJH -2- PROOF OF SERVICE

# SERVICE LIST

**COUNSEL FOR PLAINTIFFS:**

\*\*Patrice L. Bishop  
  STULL, STULL & BRODY  
  10940 Wilshire Blvd., Suite 2300  
  Los Angeles, CA  90024  
  Telephone:  (310) 209-2468  
  Facsimile:  (310) 209-2087  
  Email:  service@ssbla.com

\* Jules Brody  
  Aaron L. Brody  
  STULL, STULL & BRODY  
  6 East 45th Street  
  New York, NY  10017  
  Telephone:  (212) 687-7230  
  Facsimile:  (212) 490-2022

\* Joseph H. Weiss  
  WEISS & LURIE  
  551 Fifth Avenue, Suite 1600  
  New York, NY  10176  
  Telephone:  (212) 682-3025  
  Facsimile:  (212) 682-3010

*Attorneys for Plaintiff Thomas Mykityshyn*

\*  **Via U.S. Mail Only**  
\*\* **Via CM/ECF Only**

LEGAL_US_W # 56785711.1

Case No. C 07-03332 PJH     -1-     SERVICE LIST