1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Defendant VeriSign, Inc.*

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly 20  Situated, | CASE NO. C 07-03332 PJH <br><br> CLASS ACTION |
| 21              Plaintiff, <br> 22       vs. | **STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING DATE AND SETTING BRIEFING SCHEDULE** |
| 23  D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, 24  MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. 25  MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. 26  ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., <br> 27              Defendants. <br> 28 | Ctrm:  3, 17th Floor <br> Judge:  Hon. Phyllis J. Hamilton |

1   The parties, by their undersigned counsel, hereby stipulate to the following:

2   WHEREAS, the above-captioned action purports to be a class action filed on behalf of
3   Plaintiff Thomas Mykityshyn and all others similarly situated against VeriSign, Inc. ("VeriSign"
4   or "Company") and certain of its current and former directors and officers;

5   WHEREAS, Plaintiff filed a Complaint for Breach of Fiduciary Duty on May 15, 2007 in
6   the Superior Court of the State of California, County of Santa Clara ("Action") and served it on
7   VeriSign on or about May 25, 2007;

8   WHEREAS, VeriSign removed this Action to the United Stated District Court for the
9   Northern District of California on June 25, 2007;

10   WHEREAS, on or about June 19, 2007, a complaint was filed in the Superior Court of the
11   State of California, County of Santa Clara, captioned *Pace v. Bidzos*, *et al.* ("Pace Action"). On
12   July 19, 2007, VeriSign removed the Pace Action to the United States District Court for the
13   Northern District of California, and also filed a Notice of Related Case requesting that the Pace
14   Action be related with the above-captioned Action. Pursuant to Northern District Local Rules 3-
15   12 and 7-11, VeriSign also filed an Administrative Motion to Consider Whether Cases Should be
16   Related. No order has yet been issued on that request and the Pace Action is still pending before
17   the Honorable Ronald M. Whyte under the caption *Pace v. Bidzos*, *et al.*, 07-CV-03742-RMW.
18   The plaintiff in the Pace Action filed and served a Motion to Remand Action Pursuant to 28
19   U.S.C. § 1447 for Lack of Subject Matter Jurisdiction with a scheduled hearing date of August
20   31, 2007;

21   WHEREAS, Plaintiff also filed and served a Motion to Remand Action Pursuant to 28
22   U.S.C. § 1447 for Lack of Subject Matter Jurisdiction in this Action ("Motion to Remand") on or
23   about July 25, 2007, and noticed a hearing on that motion for August 29, 2007; and

24   WHEREAS, due to scheduling issues as more fully described in the Declaration of Oleg
25   Cross filed and served herewith, the parties have agreed to re-schedule the hearing date on the
26   Motion to Remand and to set a mutually acceptable briefing schedule.

27   NOW, THEREFORE, the parties hereby stipulate to the following:

28

Case No. C 07-03332 PJH                    -1-                    STIPULATION & [PROPOSED] ORDER

1. The hearing on Plaintiff's Motion to Remand is re-scheduled to October 3, 2007, at 9:00 a.m., or as soon thereafter as is convenience for the Court;

2. Defendant shall file and serve its opposition papers to Plaintiff's Motion to Remand on or before August 29, 2007; and

3. Plaintiff shall file and serve his reply papers on or before September 19, 2007.

IT IS SO STIPULATED AND AGREED.

DATED:  August 3, 2007          CHRISTOPHER H. McGRATH
                                OLEG CROSS
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                By:   /s/*Christopher H. McGrath*
                                        CHRISTOPHER H. McGRATH

                                3579 Valley Centre Drive
                                San Diego, CA  92130
                                Telephone:  (858) 720-2500
                                Facsimile:  (858) 720-2555

                                THOMAS A. ZACCARO
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                515 South Flower Street, Twenty-Fifth Floor
                                Los Angeles, CA  90074-2228
                                Telephone:  (213) 683-6000
                                Facsimile:  (213) 627-0705

                                EDWARD HAN
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                55 Second Street, 24th Floor
                                San Francisco, CA  94105
                                Telephone:  (415) 856-7000
                                Facsimile:  (415) 856-7100

                                *Attorneys for Defendant VeriSign, Inc.*

DATED:  August 3, 2007          PATRICE L. BISHOP
                                STULL, STULL & BRODY


                                By:   /s/*Patrice L. Bishop*
                                        PATRICE L. BISHOP

                                10940 Wilshire Blvd., Suite 2300
                                Los Angeles, CA  90024
                                Telephone:  (310) 209-2468
                                Facsimile:  (310) 209-2087

                                *Attorneys for Plaintiff Thomas Mykityshyn*

Case No. C 07-03332 PJH                    -2-                    STIPULATION AND [PROPOSED] ORDER

\* \* \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
　　　　　　　　　　　　　　　　　THE HONORABLE PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 56763654.1