CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
OLEG CROSS (SB# 246680)
olegcross@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Facsimile:  (858) 720-2555

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>        Defendants. | CASE NO. C 07-03332 PJH<br><br>CLASS ACTION<br><br>**DECLARATION OF OLEG CROSS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING DATE AND SETTING BRIEFING SCHEDULE**<br><br>Ctrm:    3, 17th Floor<br>Judge:   Hon. Phyllis J. Hamilton |

DEC. OF O. CROSS ISO STIP. AND [PROPOSED]
ORDER RE-SCHEDULING HEARING DATE
AND SETTING BRIEFING SCHEDULE

1      I, Oleg Cross, hereby state:

2          1.      I am an attorney at law licensed to practice before this Court and all courts of the

3      State of California. I am associated with the law firm of Paul, Hastings, Janofsky & Walker LLP,

4      counsel of record for VeriSign, Inc. ("VeriSign"), Defendant in the above-captioned matter.

5      Pursuant to Northern District Local Rule 6-2, I submit this declaration in support of the

6      Stipulation and [Proposed] Order Re-scheduling Hearing Date and Setting Briefing Schedule.

7          2.      This action was only recently commenced and was removed to this Court on June

8      25, 2007 by VeriSign.  Although no other named defendant has been served yet or responded to

9      the underlying complaint, other counsel will represent the individual defendants such that

10     VeriSign will need sufficient time to confer with the other defense counsel concerning the

11     response to Plaintiff's Motion to Remand Action Pursuant to 28 U.S.C. § 1447 for Lack of

12     Subject Matter Jurisdiction filed on July 25, 2007.  If the noticed hearing date of August 29, 2007

13     is not changed, then VeriSign's opposition brief to the Motion to Remand would be due by

14     August 8, 2007 which does not provide sufficient time for VeriSign to confer with the other

15     defense counsel.

16         3.      In addition, the noticed hearing date of August 29, 2007 presents scheduling

17     conflicts and difficulties for VeriSign's counsel.  As discussed during a telephone conference

18     between counsel for the parties on July 31, 2007, a hearing in early October is convenient for both

19     counsel for VeriSign and the Plaintiff.

20         4.      There have been no other time modifications in this case, and this time

21     modification will not alter or effect the schedule for this action.

22         I declare under penalty of perjury under the laws of the United States of America that the

23     foregoing is true and correct and that I have executed this Declaration on the 3rd day of August,

24     2007 at San Diego, California.

25                        By: _____

26                                      OLEG CROSS

27

28     LEGAL_US_W # 56772027.1

Case No. C 07-03332 PJH              -1-              DEC. OF O. CROSS ISO STIP. AND [PROPOSED]
                                                     ORDER RE-SCHEDULING HEARING DATE
                                                     AND SETTING BRIEFING SCHEDULE