1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Twenty-Fourth Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100
   *Attorneys for Defendant VeriSign, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,<br>20<br>21              Plaintiff,<br>22       vs.<br>23  D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., Defendants.<br>24<br>25<br>26<br>27 | MASTER FILE NO. C 07-03332 PJH<br><br>**VERISIGN, INC.'S APPENDIX OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OPPOSITION BRIEF TO PLAINTIFF'S MOTION TO REMAND ACTION PURSUANT TO 28 U.S.C. § 1447 FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:   October 3, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon.  Phyllis J. Hamilton<br>Ctrm:   3, 17th Floor |

28

Master File No. C 07-03332 PJH                                          APPENDIX ISO OPPOSITION
                                                                           TO MOTION TO REMAND

Defendant VeriSign, Inc. ("VeriSign"), respectfully submit for the convenience of the Court and its consideration the following supplemental authorities in support of its Opposition Brief to Plaintiff's Motion to Remand Action Pursuant to 28 U.S.C. § 1447 for Lack of Subject Matter Jurisdiction.

| TAB | AUTHORITY |
|---|---|
| 1 | *Ash v. Alexander*, 2000 WL 20704 (S.D.N.Y. Jan. 12, 2000); |
| 2 | *City of Ann Arbor Emples. Ret. Sys. v. Gecht*, 2007 U.S. Dist. LEXIS 21928 (N.D. Cal. Mar. 9, 2007); |
| 3 | *Drulias v. ADE Corp.*, 2006 U.S. Dist. LEXIS 43285 (D. Ma June 26, 2006); |
| 4 | *Friedman v. Alcatel Alsthom*, 752 A.2d 544 (Del. Ch. 1999); |
| 5 | H.R. Conf. Rep. 105-803, 1998 WL 703964 (1998); |
| 6 | *In re Metlife Demutualization Litig.*, 2006 U.S. Dist. LEXIS 60104 (E.D.N.Y. Aug. 7, 2006); |
| 7 | *In re WorldCom, Inc. Sec. Litig.*, 2003 WL 716243 (S.D.N.Y. Mar. 3, 2003); |
| 8 | *Lazar v. Gregerson*, 2002 U.S. Dist. LEXIS 6152, 2002 WL 535405 (N.D. Cal. April 8, 2002); |
| 9 | *Proctor v. Vishay Intertechnology, Inc.*, 2007 U.S. Dist. LEXIS 14547 (N.D. Cal. Feb. 13, 2007); |
| 10 | S. Rep. 105-182, 1998 WL 226714 (1998); |
| 11 | *United States Mortgage, Inc. v. Saxton*, ___ F_d ___, 2007 U.S. App. LEXIS 16830 (9th Cir. July 13, 2007); and |
| **MISCELLANEOUS** | |
| 12 | David M Levine & Adam C. Pritchard, *The Securities Litigation Uniform Standards Act of 1998: The Sun Sets on California's Blue Sky Laws*, 54 Bus. Law. 1 (1998). |

| | | |
|---|---|---|
| 1 | DATED: August 29, 2007 | CHRISTOPHER H. McGRATH<br>OLEG CROSS<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By:     /s/Christopher H. McGrath
       CHRISTOPHER H. McGRATH

3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Facsimile:  (858) 720-2555

THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Defendant VeriSign, Inc.*

LEGAL_US_W # 56976341.1

Master File No. C 07-03332 PJH                    -2-                    APPENDIX ISO OPPOSITION
                                                                              TO MOTION TO REMAND