1    CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
2    OLEG CROSS (SB# 246680)
olegcross@paulhastings.com
3    PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
4    San Diego, CA  92130
Telephone:  (858) 720-2500
5    Facsimile:  (858) 720-2555

6    THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
7    PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
8    Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
9    Facsimile:  (213) 627-0705

10    EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
11    PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
12    San Francisco, CA  94105
Telephone:  (415) 856-7000
13    Facsimile:  (415) 856-7100

14    *Attorneys for Defendant VeriSign, Inc.*

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19    THOMAS MYKITYSHYN, Individually          CASE NO. C 07-03332 PJH
      and On Behalf of All Others Similarly
20    Situated,                                CLASS ACTION

21             Plaintiff,                      **STIPULATION AND [PROPOSED]
                                               ORDER AMENDING DISCOVERY
22        vs.                                  SCHEDULE**

23    D. JAMES BIDZOS, WILLIAM L.
      CHENEVICH, DAVID J. COWAN,
24    MICHELLE GUTHRIE, SCOTT G.               Ctrm:    3, 17th Floor
      KRIENS, LEN J. LAUER, ROGER H.           Judge:   Hon. Phyllis J. Hamilton
25    MOORE, EDWARD A. MUELLER,
      GREGORY L. REYES, WILLIAM A.
26    ROPER, JR., STRATTON D. SCLAVOS,
      LOUIS A. SIMPSON, VERISIGN, INC.,
27
               Defendants.
28

1    The parties, by their undersigned counsel, hereby stipulate to the following:

2    WHEREAS, Thomas Mykityshyn, Plaintiff in the above-captioned action, filed this action

3    in the Superior Court of the State of California, County of Santa Clara on May 15, 2007;

4    WHEREAS, on June 25, 2007, Defendant VeriSign, Inc., removed this action to the

5    United States District Court for the Northern District of California pursuant to the Securities

6    Litigation Uniform Standards Act of 1998;

7    WHEREAS, on July 25, 2007, Plaintiff filed a Motion to Remand Action Pursuant to

8    28 U.S.C. § 1447 For Lack of Subject Matter Jurisdiction, which, pursuant to the stipulated order,

9    is currently scheduled to be heard on October 3, 2007;

10    WHEREAS, the parties agree that the Court's ruling on the pending Motion to Remand

11    should issue before federal discovery procedures are considered;

12    WHEREAS, pursuant to this Court's July 11, 2007 Order Setting Case Management

13    Conference and Federal Rules of Civil Procedure 16(c) and 26(f), the parties must meet and

14    confer no less than seven (7) days before the currently scheduled October 11, 2007 Case

15    Management Conference, and file a joint case management statement addressing the items listed

16    in the "Standing Order For All Judges of the Northern District"; and

17    WHEREAS, pursuant to this Court's July 11, 2007 Order Setting Case Management

18    Conference, the parties may, upon good cause, submit a request to reschedule the date of the Case

19    Management Conference by written stipulation at least ten (10) calendar days before the date of

20    the conference;

21    NOW, THEREFORE, the parties hereby stipulate to the following:

22    (1)    The Case Management Conference currently scheduled for October 11, 2007 shall

23    be taken off-calendar pending this Court's ruling on the Motion to Remand; and

24    (2)    The duties and obligations as set forth in the July 11, 2007 Order Setting Case

25    Management Conference shall be stayed until a Case Management Conference is rescheduled,

26    / / /

27    / / /

28    / / /

Case No. C 07-03332 PJH                           -1-           STIPULATION & [PROPOSED] ORDER
                                                                AMENDING DISCOVERY SCHEDULE

1  and such Case Management Conference shall not be scheduled to a date and time earlier than

2  thirty (30) days after the Court issues a ruling on the pending Motion to Remand.

3

4  DATED:  October 1, 2007          CHRISTOPHER H. McGRATH
                                    OLEG CROSS
5                                   PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7                                   By:  /s/Christopher H. McGrath
                                              CHRISTOPHER H. McGRATH
8

9                                   3579 Valley Centre Drive
                                    San Diego, CA  92130
10                                  Telephone:  (858) 720-2500
                                    Facsimile:  (858) 720-2555
11
                                    THOMAS A. ZACCARO
12                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                    515 South Flower Street, Twenty-Fifth Floor
13                                  Los Angeles, CA  90074-2228
                                    Telephone:  (213) 683-6000
14                                  Facsimile:  (213) 627-0705

15                                  EDWARD HAN
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
16                                  55 Second Street, 24th Floor
                                    San Francisco, CA  94105
17                                  Telephone:  (415) 856-7000
                                    Facsimile:  (415) 856-7100
18
                                    *Attorneys for Defendant VeriSign, Inc.*
19  DATED:  October 1, 2007          PATRICE L. BISHOP
                                    STULL, STULL & BRODY
20

21

22                                  By:              /s/Patrice L. Bishop
                                              PATRICE L. BISHOP
23
                                    10940 Wilshire Blvd., Suite 2300
24                                  Los Angeles, CA  90024
                                    Telephone:  (310) 209-2468
25                                  Facsimile:  (310) 209-2087

26                                  *Attorneys for August T. Pace*

27

28

Case No. C 07-03332 PJH              -2-        STIPULATION & [PROPOSED] ORDER
                                                AMENDING DISCOVERY SCHEDULE

1                                        *    *    *

2                                   **ORDER**

3

4              PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

5

6

7    DATED: _____    _____

8                                   THE HONORABLE PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   LEGAL_US_W # 57204338.1

28

                                                        STIPULATION & [PROPOSED] ORDER
                                          -3-           AMENDING DISCOVERY SCHEDULE
     Case No. C 07-03332 PJH

1    CHRISTOPHER H. McGRATH (SB# 149129)
     chrismcgrath@paulhastings.com
2    OLEG CROSS (SB# 246680)
     olegcross@paulhastings.com
3    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     3579 Valley Centre Drive
4    San Diego, CA  92130
     Telephone:  (858) 720-2500
5    Facsimile:  (858) 720-2555

6    THOMAS A. ZACCARO (SB# 183241)
     thomaszaccaro@paulhastings.com
7    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     515 South Flower Street, Twenty-Fifth Floor
8    Los Angeles, CA  90074-2228
     Telephone:  (213) 683-6000
9    Facsimile:  (213) 627-0705

10   EDWARD HAN (SB# 196924)
     edwardhan@paulhastings.com
11   PAUL, HASTINGS, JANOFSKY & WALKER LLP
     55 Second Street, 24th Floor
12   San Francisco, CA  94105
     Telephone:  (415) 856-7000
13   Facsimile:  (415) 856-7100

14   *Attorneys for Defendant VeriSign, Inc.*

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19   THOMAS MYKITYSHYN, Individually          CASE NO. C 07-03332 PJH
     and On Behalf of All Others Similarly
20   Situated,                                CLASS ACTION

21              Plaintiff,                    **PROOF OF SERVICE**

22         vs.

23   D. JAMES BIDZOS, WILLIAM L.
     CHENEVICH, DAVID J. COWAN,               Ctrm:     3, 17th Floor
24   MICHELLE GUTHRIE, SCOTT G.               Judge:    Hon. Phyllis J. Hamilton
     KRIENS, LEN J. LAUER, ROGER H.
25   MOORE, EDWARD A. MUELLER,
     GREGORY L. REYES, WILLIAM A.
26   ROPER, JR., STRATTON D. SCLAVOS,
     LOUIS A. SIMPSON, VERISIGN, INC.,
27
                Defendants.
28

     Case No. C 07-03332 PJH                                    PROOF OF SERVICE

1

**PROOF OF SERVICE**

2       I am employed in the City and County of San Diego, California.  I am over the age of

3   18 years and not a party to the within action.  My business address is Paul, Hastings, Janofsky &
Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

4       On October 1, 2007, I served:

5   **STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY
SCHEDULE**

6

7   on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as
follows:

8   **See Attached Service List**

9

10  [X]  (BY E-FILE)  I electronically filed the foregoing with the Clerk of the Court using
the CM/ECF system which will send notification of such filing to counsel denoted

11  on the attached Service List, and I hereby certify that I have mailed the foregoing
document(s) via the United States Postal Service to the non-CM/ECF participants
indicated on the attached Service List.

12

13  [X]  (BY MAIL)  I placed each such sealed envelope, with postage thereon fully prepaid
for first-class mail **(only as to the parties identified with an asterisk (\*)**, for
collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego,

14  California, following ordinary business practices.  I am familiar with the practice of
Paul, Hastings, Janofsky & Walker LLP for collection and processing of

15  correspondence, said practice being that in the ordinary course of business,
correspondence is deposited in the United States Postal Service the same day as it is

16  placed for collection.

17  [ ]  (BY PERSONAL DELIVERY)  I then sealed the envelope and caused it to be hand
delivered to the offices of the addressee(s) below.

18

19  [ ]  (BY FACSIMILE)  I transmitted the above-listed document(s) to the party(ies) listed
above via facsimile on N/A.  No transmission error was reported by the facsimile
machine.

20

21  [ ]  (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul,
Hastings, Janofsky & Walker LLP for collection and processing of correspondence

22  for overnight delivery and know that the document(s) described herein will be
deposited in a box or other facility regularly maintained by United Parcel Service for

23  overnight delivery.

24  [X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of
this court, at whose direction this service was made.

25

26  Executed at San Diego, California on October 1, 2007.

27  *Veronica Rivera*
VERONICA RIVERA

28

1

**SERVICE LIST**

2

**COUNSEL FOR PLAINTIFFS:**

3

**\*\*Patrice L. Bishop          \* Jules Brody

4

   STULL, STULL & BRODY          Aaron L. Brody
   10940 Wilshire Blvd., Suite 2300          STULL, STULL & BRODY

5

   Los Angeles, CA  90024          6 East 45th Street
   Telephone:  (310) 209-2468          New York, NY  10017
   Facsimile:  (310) 209-2087          Telephone:  (212) 687-7230

6

   Email:  service@ssbla.com          Facsimile:  (212) 490-2022

7

\* Joseph H. Weiss
   WEISS & LURIE

8

   551 Fifth Avenue, Suite 1600
   New York, NY  10176

9

   Telephone:  (212) 682-3025
   Facsimile:  (212) 682-3010

10

*Attorneys for Plaintiff Thomas Mykityshyn*

11

12

13

14

15

**\*      Via U.S. Mail Only**
**\*\*    Via CM/ECF Only**

16

17

18

19

20

21

22

23

24

25

26

LEGAL_US_W # 57204546.1

27

28

Case No. C 07-03332 PJH                    -1-                    SERVICE LIST