CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
OLEG CROSS (SB# 246680)
olegcross@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Facsimile:  (858) 720-2555

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>Defendants. | CASE NO. C 07-03332 PJH<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY SCHEDULE**<br><br>Ctrm:    3, 17th Floor<br>Judge:   Hon. Phyllis J. Hamilton |

1  The parties, by their undersigned counsel, hereby stipulate to the following:

2  WHEREAS, Thomas Mykityshyn, Plaintiff in the above-captioned action, filed this action
3  in the Superior Court of the State of California, County of Santa Clara on May 15, 2007;

4  WHEREAS, on June 25, 2007, Defendant VeriSign, Inc., removed this action to the
5  United States District Court for the Northern District of California pursuant to the Securities
6  Litigation Uniform Standards Act of 1998;

7  WHEREAS, on July 25, 2007, Plaintiff filed a Motion to Remand Action Pursuant to
8  28 U.S.C. § 1447 For Lack of Subject Matter Jurisdiction, which, pursuant to the stipulated order,
9  is currently scheduled to be heard on October 3, 2007;

10  WHEREAS, the parties agree that the Court's ruling on the pending Motion to Remand
11  should issue before federal discovery procedures are considered;

12  WHEREAS, pursuant to this Court's July 11, 2007 Order Setting Case Management
13  Conference and Federal Rules of Civil Procedure 16(c) and 26(f), the parties must meet and
14  confer no less than seven (7) days before the currently scheduled October 11, 2007 Case
15  Management Conference, and file a joint case management statement addressing the items listed
16  in the "Standing Order For All Judges of the Northern District"; and

17  WHEREAS, pursuant to this Court's July 11, 2007 Order Setting Case Management
18  Conference, the parties may, upon good cause, submit a request to reschedule the date of the Case
19  Management Conference by written stipulation at least ten (10) calendar days before the date of
20  the conference;

21  NOW, THEREFORE, the parties hereby stipulate to the following:

22  (1)  The Case Management Conference currently scheduled for October 11, 2007 shall
23  be taken off-calendar pending this Court's ruling on the Motion to Remand; and

24  (2)  The duties and obligations as set forth in the July 11, 2007 Order Setting Case
25  Management Conference shall be stayed until a Case Management Conference is rescheduled,
26  ///
27  ///
28  ///

1  and such Case Management Conference shall not be scheduled to a date and time earlier than

2  thirty (30) days after the Court issues a ruling on the pending Motion to Remand.

3

4  DATED: October 1, 2007　　　　　　　CHRISTOPHER H. McGRATH
　　　　　　　　　　　　　　　　　　　　　　　OLEG CROSS
5　　　　　　　　　　　　　　　　　　　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7　　　　　　　　　　　　　　　　　　　　　　By:   /s/Christopher H. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER H. McGRATH
8

9　　　　　　　　　　　　　　　　　　　　　　3579 Valley Centre Drive
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA  92130
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (858) 720-2500
10　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (858) 720-2555

11　　　　　　　　　　　　　　　　　　　　　 THOMAS A. ZACCARO
　　　　　　　　　　　　　　　　　　　　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP
12　　　　　　　　　　　　　　　　　　　　　 515 South Flower Street, Twenty-Fifth Floor
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90074-2228
13　　　　　　　　　　　　　　　　　　　　　 Telephone:  (213) 683-6000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 627-0705
14

15　　　　　　　　　　　　　　　　　　　　　 EDWARD HAN
　　　　　　　　　　　　　　　　　　　　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP
16　　　　　　　　　　　　　　　　　　　　　 55 Second Street, 24th Floor
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94105
17　　　　　　　　　　　　　　　　　　　　　 Telephone:  (415) 856-7000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 856-7100
18
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant VeriSign, Inc.*
19  DATED: October 1, 2007　　　　　　　PATRICE L. BISHOP
　　　　　　　　　　　　　　　　　　　　　　　STULL, STULL & BRODY
20

21

22　　　　　　　　　　　　　　　　　　　　　 By:　　　　　   /s/Patrice L. Bishop
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PATRICE L. BISHOP
23
　　　　　　　　　　　　　　　　　　　　　　10940 Wilshire Blvd., Suite 2300
24　　　　　　　　　　　　　　　　　　　　　 Los Angeles, CA  90024
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (310) 209-2468
25　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (310) 209-2087

26　　　　　　　　　　　　　　　　　　　　　 *Attorneys for August T. Pace*

27

28

Case No. C 07-03332 PJH　　　　　　　　　　-2-　　　　STIPULATION & [PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AMENDING DISCOVERY SCHEDULE

1       * * *

2       **ORDER**

3

4       PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

5

6

7  DATED: 10/2/07  _____

8                  THE HONORABLE PHYLLIS J. HAMILTON
                   UNITED STATES DISTRICT COURT JUDGE

9

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

27  LEGAL_US_W # 57204338.1

28

Case No. C 07-03332 PJH                -3-      STIPULATION & [PROPOSED] ORDER
                                                AMENDING DISCOVERY SCHEDULE

1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Defendant VeriSign, Inc.*

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated, | CASE NO. C 07-03332 PJH |
| | CLASS ACTION |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., | Ctrm:    3, 17th Floor<br>Judge:   Hon. Phyllis J. Hamilton |
| Defendants. | |

Case No. C 07-03332 PJH                                        PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On October 1, 2007, I served:

**STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY SCHEDULE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail **(only as to the parties identified with an asterisk (*)**, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on October 1, 2007.

*/s/ Veronica Rivera*
VERONICA RIVERA

Case No. C 07-03332 PJH                -1-                PROOF OF SERVICE

**SERVICE LIST**

**COUNSEL FOR PLAINTIFFS:**

\*\*Patrice L. Bishop
  STULL, STULL & BRODY
  10940 Wilshire Blvd., Suite 2300
  Los Angeles, CA  90024
  Telephone:  (310) 209-2468
  Facsimile:  (310) 209-2087
  Email:  service@ssbla.com

\* Jules Brody
  Aaron L. Brody
  STULL, STULL & BRODY
  6 East 45th Street
  New York, NY  10017
  Telephone:  (212) 687-7230
  Facsimile:  (212) 490-2022

\* Joseph H. Weiss
  WEISS & LURIE
  551 Fifth Avenue, Suite 1600
  New York, NY  10176
  Telephone:  (212) 682-3025
  Facsimile:  (212) 682-3010

*Attorneys for Plaintiff Thomas Mykityshyn*

\*     **Via U.S. Mail Only**
\*\*   **Via CM/ECF Only**

LEGAL_US_W # 57204546.1