```
 1  COOLEY GODWARD KRONISH LLP
    GRANT P. FONDO (181530) (gfondo@cooley.com)
 2  JAMES PENNING (229727) (jpenning@cooley.com)
    Five Palo Alto Square
 3  3000 El Camino Real
    Palo Alto, CA  94306-2155
 4  Telephone:   (650) 843-5000
    Facsimile:   (650) 857-0663
 5
    COOLEY GODWARD KRONISH LLP
 6  WILLIAM E. GRAUER (84806) (wgrauer@cooley.com)
    4401 Eastgate Mall
 7  San Diego, CA  92121
    Telephone: (858) 550-6000
 8  Facsimile: (858) 550-6420

 9  Attorneys for Defendants
    MICHELLE GUTHRIE, SCOTT G. KRIENS, ROGER H.
10  MOORE, EDWARD A. MUELLER, WILLIAM A. ROPER,
    JR. and LOUIS A. SIMPSON
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>Defendants. | Case No.  C-07-3332 PJH<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

760652 v1/PA                    1.                    NOTICE OF APPEARANCE OF COUNSEL
                                                              C-07-3332 PJH

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that William E. Grauer of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121, (858) 500-6000, hereby appears as counsel of record on behalf of Defendants Michelle Guthrie, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, William A. Roper, Jr. and Louis A. Simpson in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: October 2, 2007

COOLEY GODWARD KRONISH LLP

_____
William E. Grauer
Attorneys for Defendants
MICHELLE GUTHRIE, SCOTT G. KRIENS,
ROGER H. MOORE, EDWARD A. MUELLER,
WILLIAM A. ROPER, JR. and
LOUIS A. SIMPSON

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

760652 v1/PA

2.

NOTICE OF APPEARANCE OF COUNSEL
C-07-3332 PJH