| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | GRANT P. FONDO (181530) (gfondo@cooley.com) |
| 2 | JAMES PENNING (229727) (jpenning@cooley.com) |
| | Five Palo Alto Square |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2155 |
| 4 | Telephone:     (650) 843-5000 |
| | Facsimile:     (650) 857-0663 |
| 5 | |
| | COOLEY GODWARD KRONISH LLP |
| 6 | WILLIAM E. GRAUER (84806) (wgrauer@cooley.com) |
| | 4401 Eastgate Mall |
| 7 | San Diego, CA  92121 |
| | Telephone:  (858) 550-6000 |
| 8 | Facsimile: (858) 550-6420 |

Attorneys for Defendants
MICHELLE GUTHRIE, SCOTT G. KRIENS, ROGER H. MOORE, EDWARD A. MUELLER, WILLIAM A. ROPER, JR. and LOUIS A. SIMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,, | Case No.  C-07-3332 PJH |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Grant P. Fondo of Cooley Godward Kronish LLP, 5 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306, (650) 843-5000, hereby appears as counsel of record on behalf of Defendants Michelle Guthrie, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, William A. Roper, Jr. and Louis A. Simpson in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated:  October 2, 2007                COOLEY GODWARD KRONISH LLP


/s/ Grant P. Fondo
Grant P. Fondo
Attorneys for Defendants
MICHELLE GUTHRIE, SCOTT G. KRIENS,
ROGER H. MOORE, EDWARD A. MUELLER,
WILLIAM A. ROPER, JR. and
LOUIS A. SIMPSON