| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | GRANT P. FONDO (181530) (gfondo@cooley.com)<br>JAMES PENNING (229727) (jpenning@cooley.com) |
| 3 | Five Palo Alto Square<br>3000 El Camino Real |
| 4 | Palo Alto, CA  94306-2155<br>Telephone:     (650) 843-5000 |
| 5 | Facsimile:      (650) 857-0663 |
| 6 | COOLEY GODWARD KRONISH LLP<br>WILLIAM E. GRAUER (84806) (wgrauer@cooley.com) |
| 7 | 4401 Eastgate Mall<br>San Diego, CA  92121 |
| 8 | Telephone:  (858) 550-6000<br>Facsimile: (858) 550-6420 |
| 9 | Attorneys for Defendants |
| 10 | MICHELLE GUTHRIE, SCOTT G. KRIENS, ROGER H.<br>MOORE, EDWARD A. MUELLER, WILLIAM A. ROPER, |
| 11 | JR. and LOUIS A. SIMPSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,,<br><br>Defendants. | Case No.  C-07-3332 PJH<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

760659 v1/PA

1.

CERTIFICATE OF SERVICE
C-07-3332 PJH

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**(1) NOTICE OF APPEARANCE OF WILLIAM GRAUER, AND**
**(2) NOTICE OF APPEARANCE OF GRANT P. FONDO**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

on the following part(ies) in this action:

| | |
|---|---|
| Jules Brody<br>Aaron Brody<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022 | Joseph H. Weiss<br>Weiss & Lurie<br>551 Fift Avenue, Suite 1600<br>New York, NY 10176<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010 |

Executed on October 2, 2007, at Palo Alto, California.

　　　　　　　　　　　　　　　　　　  /s/ Jocelyn McIntosh
　　　　　　　　　　　　　　　　　　Jocelyn McIntosh