UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** October 3, 2007　　　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:**　C-07-3332  PJH
　　　　　　　C-07-3742 PJH

**Case Name:** Thomas Mykityshyn v. D. James Bidzos, et al.
　　　　　　　August T. Pace v. D. James Bidzos, et al.

**Attorney(s) for Plaintiff:**　　Patrice Bishop
**Attorney(s) for Defendant:**　 Christopher H. McGrath; Edward Han; Grant P. Fondo

**Deputy Clerk**:  Nichole Heuerman　　　　**Court Reporter**: Juanita Gonzalez

**PROCEEDINGS**

Plaintiff's Motion to Remand (both cases)-GRANTED as stated on the record.

**Order to be prepared by:**　 [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file