| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | GRANT P. FONDO (181530) (gfondo@cooley.com) |
| 2 | JAMES PENNING (229727) (jpenning@cooley.com) |
| | Five Palo Alto Square |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2155 |
| 4 | Telephone:    (650) 843-5000 |
| | Facsimile:    (650) 857-0663 |
| 5 | |
| | COOLEY GODWARD KRONISH LLP |
| 6 | WILLIAM E. GRAUER (84806) (wgrauer@cooley.com) |
| | 4401 Eastgate Mall |
| 7 | San Diego, CA  92121 |
| | Telephone: (858) 550-6000 |
| 8 | Facsimile: (858) 550-6420 |
| 9 | Attorneys for Defendants |
| | MICHELLE GUTHRIE, SCOTT G. KRIENS, ROGER H. |
| 10 | MOORE, EDWARD A. MUELLER, WILLIAM A. ROPER, |
| | JR. and LOUIS A. SIMPSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS MYKITYSHYN, Individually and On Behalf of All Others Similarly Situated,, | Case No.  C-07-3332 PJH |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that James Penning of Cooley Godward Kronish LLP, 5 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306, (650) 843-5000, hereby appears as counsel of record on behalf of Defendants Michelle Guthrie, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, William A. Roper, Jr. and Louis A. Simpson in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated:  October 2, 2007                    COOLEY GODWARD KRONISH LLP

                                           /s/ James Penning
                                           JAMES PENNING
                                           Attorneys for Defendants
                                           MICHELLE GUTHRIE, SCOTT G. KRIENS,
                                           ROGER H. MOORE, EDWARD A. MUELLER,
                                           WILLIAM A. ROPER, JR. and
                                           LOUIS A. SIMPSON

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**NOTICE OF APPEARANCE**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

on the following part(ies) in this action:

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

Joseph H. Weiss
Weiss & Lurie
551 Fift Avenue, Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Executed on October 3, 2007, at Palo Alto, California.

 /s/ Jocelyn McIntosh
Jocelyn McIntosh