**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 4, 2007

Santa Clara County Superior Court of CA
191 N. First Street
San Jose, CA 95113

RE:  CV 07-3332 PJH, Mykityshyn v. Bidzos, et al.
     Your Case Number: 1:07-cv-085890

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg